O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWNTE BUCK WADE,<br><br>    Petitioner,<br><br>    v.<br><br>P.D. BRAZELTON, Warden,<br><br>    Respondent. | Case No. CV 13-6060 DMG (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. No objections to the Report and Recommendation have been filed.

    Accordingly, IT IS ORDERED THAT:

    1.    The Report and Recommendation is approved and accepted;

    2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

    3.    The Clerk serve copies of this Order on the parties.

    Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of

1 appealability.

2 Nor is Petitioner entitled to an evidentiary hearing. *See Cullen v. Pinholster*, 131 S. Ct. 1388, 1398 (2011) (AEDPA "requires an examination of the state-court decision at the time it was made. It follows that the record under review is limited to the record in existence at that same time *i.e.*, the record before the state court.").

DATED: December 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2