JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWNTE BUCK WADE, | Case No. CV 13-6060 DMG (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| P.D. BRAZELTON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE